SO ORDERED.

Dated: November 20, 2009

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-25695/0191164326

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Vincent J. Ketcherside<br>   Debtor.<br>_____<br>Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br>   Movant,<br> vs.<br><br>Vincent J. Ketcherside, Debtor, Lothar Goernitz, Trustee.<br><br>   Respondents. | No. 2:09-bk-21169-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 22, 2003 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Vincent J. Ketcherside has an interest in, further described as:

> LOT 1244, RANCHO EL MIRAGE PARCEL I, ACCORDING TO BOOK 593 OF MAPS, PAGE 32; CERTIFICATE OF CORRECTION RECORDED AT DOCUMENT NO. 02-0782812; CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO. 02-0817036; CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO. 02-1057239; AND CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO 02-1338451, AND CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO. 02-0532323, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT